# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREG DOE

VERSUS

THE ROMAN CATHOLIC CHURCH OF
THE DIOCESE OF BATON ROUGE,
CONGREGATION OF ST. THOMAS
MORE ROMAN CATHOLIC CHURCH,
EAST BATON ROUGE PARISH
D/B/A ST. THOMAS MORE
CATHOLIC SCHOOL, AND THE
MISSIONARIES OF LA SALETTE

NO.  2025 CW 0337

JUNE 20, 2025

---

In Re:    The Roman Catholic Church of the Diocese of Baton Rouge,
          Congregation of St. Thomas More Roman Catholic Church,
          East Baton Rouge Parish, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 749585.

---

BEFORE:   PENZATO, LANIER, AND WOLFE, JJ.

   STAY DENIED; WRIT DENIED.

                              AHP
                              WIL
                              EW

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
      FOR THE COURT